UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR CORTEZ GREER, JR.,

       Petitioner,                  Case No. 11-12745
                                              HON. JOHN CORBETT O'MEARA

v.

DEBRA SCUTT,

       Respondent,
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

     Before the court is a report and recommendation to deny Petitioner's application for a writ of habeas corpus, filed December 14, 2012 by Magistrate Judge Paul J. Komives. Petitioner filed a 10-page objection to the report and recommendation on January 16, 2013.

     This Court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made. 28 U.S.C. § 636(b)(1)(C). The Court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." Id.

     Having reviewed the entire record, it is hereby ORDERED that the report and recommendation is ADOPTED as the findings and conclusions of this court; and Petitioner's application for a writ of habeas corpus is DENIED.

     It is further ORDERED that a certificate of appealability is DENIED.

                                                       s/John Corbett O'Meara
                                                       United States District Judge

Date: September 11, 2013

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, September 11, 2013, using the ECF system and/or ordinary mail.

s/William Barkholz

Case Manager